IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTTLAND JOHNSON,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 16-3935** |
| : | |
| **DIVERSIFIED CONSULTANTS, INC.,** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 28th day of November 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 4), to which Plaintiff has not responded, it is hereby **ORDERED** that Defendant's motion is **GRANTED** for the reasons set forth in the accompanying memorandum opinion. The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**